BEN F. GYADU *v.* CHAIRMAN, WORKERS' COMPENSATION COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19397) is denied.

MCDONALD, C. J., and SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Ben F. Gyadu*, pro se, in support of the petition.

*Donna J. Hixon-Smith*, assistant attorney general, in opposition.

Decided December 7, 1999